UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REESE MICHAEL PLAISANCE                                CIVIL ACTION

VERSUS

RICKEY BABIN, ET AL.                                   NO. 22-00085-BAJ-EWD

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 7),** recommending that the Court decline the exercise of supplemental jurisdiction over Plaintiff's potential state law claims and dismiss all of Plaintiff's federal claims, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 7, p. 5). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 30th day of November, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA